1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MEMIJE SANTOS

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00596 JF |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING AND EXCLUDE TIME;** |
| v. ) | **[PROPOSED] ORDER** |
| ) | |
| FELICIANO MEMIJE SANTOS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

16   Defendant and the government, through their respective counsel, hereby stipulate that,

17 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

18 Wednesday, October 8, 2008, be continued to Wednesday, October 22, 2008, at 9:00 a.m.  The

19 continuance is requested because the defense is continuing to investigate this matter.

20   The parties further agree that time should be excluded under the Speedy Trial Act because

21 the defense requires time for effective preparation and investigation, and the ends of justice

22 outweigh the defendant's and the public's need for a speedy trial.

23 Dated: 9/29/08                             _____/s/_____
                                              LARA S. VINNARD
24                                            Assistant Federal Public Defender

25 Dated: 9/29/08                             _____/s/_____
                                              DANIEL KALEBA
26                                            Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 08-00596 JF                     1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FELICIANO MEMIJE-SANTOS,<br><br>  Defendant. | No. CR 08-00596 JF<br><br>**[PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME** |

The parties have jointly requested a continuance of the hearing set for October 8, 2008, to allow time for the defense to complete investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for October 8, 2008, be continued to October 22, 2008, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from October 8, 2008, be continued to October 22, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:  10/2/08

_____
JEREMY FOGEL
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 08-00596 JF                    2