```
1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MEMIJE SANTOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-00596 JF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **SENTENCING HEARING; [PROPOSED]** |
| | ) | **ORDER** |
| FELICIANO MEMIJE SANTOS, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, February 18, 2009, be continued to Wednesday, March 25, 2009, at 9:00 a.m.  The continuance is requested by the probation officer in light of scheduling concerns, and is agreeable to both parties.

Dated: 12/19/08                         _____/s/_____
                                        LARA S. VINNARD
                                        Assistant Federal Public Defender

Dated: 12/19/08                         _____/s/_____
                                        LAURA DURITY
                                        Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING; [PROPOSED] ORDER
No. CR 08-00596 JF                      1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00596 JF |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER CONTINUING** |
| | ) | **SENTENCING HEARING** |
| v. | ) | |
| | ) | |
| FELICIANO MEMIJE-SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties have jointly requested a continuance of the sentencing hearing set for Wednesday, February 18, 2009, on grounds that the Probation Officer has requested additional time.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing presently set for February 18, 2009, be continued to March 25, 2009, at 9:00 a.m.

Dated: 12/24/08

JEREMY FOGEL
United States District Judge

STIPULATION TO CONTINUE
HEARING; [PROPOSED] ORDER
No. CR 08-00596 JF                 2