1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   Counsel for Defendant MEMIJE SANTOS
5

6
                    IN THE UNITED STATES DISTRICT COURT
7
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                            SAN JOSE DIVISION
9

10  UNITED STATES OF AMERICA,           )    No. CR 08-00596 JF
                                        )
11                 Plaintiff,           )    **STIPULATION TO SET STATUS
                                        )    HEARING; [PROPOSED] ORDER**
12  v.                                  )
                                        )
13  FELICIANO MEMIJE SANTOS,            )
                                        )
14                 Defendant.           )
    _____)
15
            Defendant and the government, through their respective counsel, hereby stipulate that,
16
    subject to the Court's approval, a status hearing in this matter should be set on January 21, 2009,
17
    at 9:00 a.m.   In this matter, Mr. Memije has pled guilty, and sentencing is set for March 25.
18
            The status hearing is requested because the U.S. Marshals and the Santa Clara County Jail
19
    have advised the defense that the jail is unable to continue housing Mr. Memije due to his
20
    suicidal behavior.  The parties would like to discuss all available options for housing Mr. Memije
21
    between now and the date scheduled for sentencing.
22

23  Dated: 1/16/09                            _____/s/_____
                                              LARA S. VINNARD
24                                            Assistant Federal Public Defender

25  Dated: 1/16/09                            _____/s/_____
                                              LAURA DURITY
26                                            Assistant United States Attorney

STIPULATION TO SET STATUS HEARING;
[PROPOSED] ORDER
No. CR 08-00596 JF                        1

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

UNITED STATES OF AMERICA,          )      No. CR 08-00596 JF
12                                 )
                Plaintiff,         )      **[PROPOSED] ORDER SETTING**
13                                 )      **STATUS HEARING**
v.                                 )
14                                 )
FELICIANO MEMIJE-SANTOS,           )
15                                 )
                Defendant.         )
16 _____ )

17       The parties have jointly requested that this matter be set for a status hearing on January

18   21, 2009.

19       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that this matter is set for

20   status on January 21, 2009, at 9:00 a.m.

21

22   Dated:  1/20/09                        _____
                                            JEREMY FOGEL
23                                          United States District Judge

24

25

26

STIPULATION TO SET STATUS HEARING;
[PROPOSED] ORDER
No. CR 08-00596 JF                         2