```
BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MEMIJE SANTOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FELICIANO MEMIJE SANTOS,<br><br>  Defendant. | No. CR 08-00596 JF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, March 25, 2009, be continued to Wednesday, April 29, 2009, at 9:00 a.m.  The continuance is requested because the defendant is presently in a Bureau of Prisons facility being evaluated with respect to his competence, and is therefore unavailable.

Dated: 3/10/09                         _____/s/_____
                                                      LARA S. VINNARD
                                                      Assistant Federal Public Defender

Dated: 3/10/09                         _____/s/_____
                                                      CHAD MANDELL
                                                      Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00596 JF |
| Plaintiff, | ) ) | **[PROPOSED] ORDER CONTINUING SENTENCING HEARING** |
| v. | ) ) | |
| FELICIANO MEMIJE-SANTOS, | ) ) | |
| Defendant. | ) ) | |

The parties have jointly requested a continuance of the sentencing hearing set for Wednesday, March 25, 2009, on grounds that the defendant is presently in a Bureau of Prisons facility for a psychological and is therefore unavailable.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing presently set for March 25, 2009, be continued to April 29, 2009, at 9:00 a.m.

Dated: 3/11/09

_____
JEREMY FOGEL
United States District Judge

STIPULATION TO CONTINUE
HEARING; [PROPOSED] ORDER
No. CR 08-00596 JF                                  2